# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-03111-MEH

MOUNT VERNON FIRE INSURANCE COMPANY,

    Plaintiff,

v.

JEFFREY PETTY,
KATHLEEN PETTY,
JD'S COUNTRY PAWN, LLC,

    Defendants.

## NOTICE OF RELATED CASE

Plaintiff, Mount Vernon Fire Insurance Company ("Mount Vernon"), by and through its counsel, McElroy, Deutsch, Mulvaney & Carpenter, LLP, and pursuant to D.C.COLO.LCivR 3.2, provides notice of the following related case: *Jeffrey Petty v. Mount Vernon Fire Insurance Company*, No. 1:18-cv-03102-STV (D. Colo.), a garnishment action removed by Mount Vernon.

Respectfully submitted this 5th day of December, 2018.

                                */s/ Jane E. Young*
                                Jane E. Young
                                Monica L. C. Lester
                                McElroy, Deutsch, Mulvaney & Carpenter, LLP
                                5600 South Quebec Street, Suite C100
                                P.O. Box 4467
                                Englewood, CO  80155-4467
                                Telephone:     (303) 293-8800
                                Facsimile:      (303) 839-0036
                                E-Mail:          jyoung@mdmc-law.com
                                E-mail:           mlclester@mdmc-law.com

*Attorneys for Plaintiff Mount Vernon Fire Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2018, a true and correct copy of the foregoing Notice of Related Case was electronically filed with the Clerk of Court using the CM/ECF system.

*/s/ Jane E. Young*
Jane E. Young
Monica L. C. Lester
McElroy, Deutsch, Mulvaney & Carpenter, LLP
5600 South Quebec Street, Suite C100
P.O. Box 4467
Englewood, CO  80155-4467
Telephone:     (303) 293-8800
Facsimile:     (303) 839-0036
E-Mail:        jyoung@mdmc-law.com
E-mail:        mlclester@mdmc-law.com
*Attorneys for Plaintiff Mount Vernon Fire Insurance Company*